UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

KEVIN VENTURA

        Defendant.

---

09 cr 1015 (JGK)

<u>ORDER</u>

JOHN G. KOELTL, District Judge:

The time for the defendant to file a Memorandum in Support of his motion pursuant to 28 U.S.C. § 225 is extended to **November 9, 2020**. The time for the Government to file a response is extended to **January 8, 2021**. The time for the defendant to reply is extended to **February 9, 2021**.

A copy of this Order will be mailed to the defendant.

SO ORDERED.

Dated:    New York, New York
            October 13, 2020

                                       John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/13/2020