UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEVIN VENTURA,

                Petitioner,        20 cv 8064 (JGK)
                                       09 cr 1015 (JGK)

    - against -

                                              ORDER

UNITED STATES OF AMERICA,

                Respondent.

---

JOHN G. KOELTL, District Judge:

    The petitioner's motion for an extension of time until June 26, 2021, to file a reply to the Government's opposition to the petitioner's motion to vacate his conviction is granted.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
           June 9, 2021

                                        /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/09/2021