UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE ISMAEL VENTURA,

               Petitioner,

                                      18 civ 9179 (JGK)

     -against-

UNITED STATES OF AMERICA,

               Respondent.
-----------------------------------------------------------X
KEVIN VENTURA,

               Plaintiff,

                                      20 civ 8064 (JGK)

     -against-

UNITED STATES OF AMERICA

               Defendant.
-----------------------------------------------------------X
UNITED STATES OF AMERICA

                                      09 cr 1015 (JGK)

     -against-

KEVIN VENTURA and JOSE VENTURA,

               Defendants,
-----------------------------------------------------------X

## ORDER

The parties are to appear for a conference on **Thursday, November 17, 2022, at**

**12:30pm.**

Dated: New York, New York
       November 7, 2022

                                      **JOHN G. KOELTL**
                           **UNITED STATES DISTRICT JUDGE**