UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE ISMAEL VENTURA AND
KEVIN VENTURA,
                Petitioners,

- against -

UNITED STATES OF AMERICA,
                Respondent.

---

18-cv-9179 (JGK)
20-cv-8064 (JGK)
09-cr-1015 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    Pursuant to a writ, Scott Barbour was produced as a witness for the defendants at an evidentiary hearing in this matter. After his testimony was complete, he refused to be produced again at the hearing. The defendants now have requested that Mr. Barbour be kept available in New York until September 8, 2023, so that the defense may consult with him in New York. (ECF No. 30 in No. 20-cv-8064.) However, counsel for Mr. Barbour requests that the writ be satisfied and that Mr. Barbour be returned to his designated facility in Beaumont, Texas. In view of the conclusion of the evidentiary hearing and Mr. Barbour's desire to return to his designated facility, the writ is satisfied, and Mr. Barbour should be returned to his designated facility. The Clerk is directed to enter this Order in Nos. 18-cv-9179, 20-cv-8064, and 09-cr-1015.

SO ORDERED.

Dated:    New York, New York
            July 7, 2023

                                          John G. Koeltl
                                       United States District Judge